No. 534. MAS *v.* UNITED STATES. December 10, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. P. Bateman Ennis* for petitioner. *Solicitor General Mc-Grath, Messrs. Robert S. Erdahl* and *Laurence A. Knapp* for the United States.

No. 549. McGUNNIGAL ET AL. *v.* UNITED STATES. December 10, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Joseph Kruger* for petitioners. *Solicitor General Mc-Grath, Messrs. Robert S. Erdahl* and *Laurence A. Knapp* for the United States.

No. 552. OFFICIAL AVIATION GUIDE CO., INC. *v.* AMERICAN AVIATION ASSOCIATES, INC. ET AL.; and

No. 591. AMERICAN AVIATION ASSOCIATES, INC. *v.* OFFICIAL AVIATION GUIDE CO., INC. ET AL. December 10, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Clarence J. Loftus* and *John M. Mason* for petitioner in No. 552. *Mr. J. Glenn Shehee* for respondents in No. 552 and petitioner in No. 591. Reported below: 150 F. 2d 173.

No. 557. JUDSON L. THOMSON MANUFACTURING CO. *v.* FEDERAL TRADE COMMISSION. December 10, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Harry LeBaron Sampson* and *Andrew Marshall* for petitioner. *Solicitor General McGrath, Assistant Attorney General Berge, Messrs. Charles H. Weston, W. T. Kelley* and *Joseph J. Smith, Jr.* for respondent.